# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| **KEITH ROGERS** | * | **CIVIL ACTION NO. 17-0422** <br> Section P |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN KEVIN WYLES, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 34] filed by Defendants Warden Kevin Wyles, Butch Hatten, Teresa Corley, and Lt. Conner is hereby **GRANTED**, and Plaintiff's claims against said Defendants, plus Defendant Stacy Karderka, are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 17th day of April, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE